UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEHMET AKTI and<br>HÜSAMETTIN KARATAŞ,<br><br>　　　　　　Defendants. | Criminal No. 20-MJ-157 (GMH) |

**MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the complaint against Mehmet Akti and Hüsamettin Karataş with prejudice.  The government does not believe it possesses sufficient evidence to prove its case.

Pursuant to Rule 48(a), the government may dismiss an indictment, information, or complaint with leave of the Court.  Fed. R. Crim. P. 48(a); see also *United States v. Poindexter*, 719 F. Supp. 6 (D.D.C. 1989).  "[T]he Supreme Court has declined to construe Rule 48(a)'s 'leave of court' requirement to confer any substantial role for courts in the determination whether to dismiss charges."  *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 742 (D.C. Cir. 2016).  The principal object of the "leave of court" requirement has been understood to protect a defendant against prosecutorial harassment when the government moves to dismiss charges over the defendant's objection.  *Id.* (citing *Rinaldi v. United States*, 434 U.S. 22, 29 n. 15 (1977)).

Here, the government is moving for dismissal of the complaint with prejudice, so there is no risk of any implication of harassment stemming from the dismissal of the complaint against these defendants. Further, neither of the defendants has appeared before this Court and no counsel have entered an appearance. Accordingly, the motion should be granted.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
D.C. Bar 481052

By:   */s/ Gregg A. Maisel*
Gregg A. Maisel
D.C. Bar No. 447902
Assistant United States Attorney
Chief, National Security Section
Deputy Chief, Criminal Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-7812
gregg.maisel@usdoj.gov

## CERTIFICATE OF SERVICE

There are no counsel of record. I hereby certify that this motion was filed on the ECF docket this 24th day of May, 2024.

*/s/ Gregg A. Maisel*
Gregg A. Maisel